70 F.3d 433
 Charles MORENO, Plaintiff-Appellant/Cross-Appellee,
v.
CONSOLIDATED RAIL CORPORATION, a Foreign Corporation,
Defendant-Appellee/Cross-Appellant.
 Nos. 94-1231, 94-1247.
 United States Court of Appeals,
Sixth Circuit.
 Nov. 17, 1995.
 
 Prior report: 63 F.3d 1404.
 Before MERRITT, Chief Judge; KENNEDY, MARTIN, MILBURN, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, and MOORE, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.